THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Lymon Edwards, Appellant,
 v.
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal From Administrative Law Court
 John McLeod, Administrative Law Court
 Judge
Unpublished Opinion No. 2010-UP-458
Submitted October 1, 2010  Filed October
 21, 2010   
AFFIRMED

 
 
 
 Lymon Edwards, pro se, for Appellant. 
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM: Lymon Edwards appeals his disciplinary conviction for escape,
 arguing the South Carolina Department of Corrections (the Department) violated
 his right to due process.  Because we find the Department followed its
 disciplinary and grievance procedures, we affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: Al-Shabazz v. State, 338 S.C. 354, 373, 527 S.E.2d 742, 752 (2000) ("We hold
 that Department's disciplinary and grievance procedures are consistent with the
 [due process] standards delineated by the Supreme Court [of the United States]
 in [Wolff v. McDonnell, 418 U.S. 539 (1974)].").
AFFIRMED.
SHORT, THOMAS, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.